UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Eric Walker

                      Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-mj-02576

Defendant Eric Walker hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

*/s/ Eric Walker*
(by AEK, with permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Eric Walker
Print Defendant's Name

Defendant's Counsel's Signature

  Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 8, 2021
Date

U.S. Magistrate Judge