UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ERIC WALKER,

                            Defendant.
-------------------------------------------------------------X

21 MJ 2576

**MEDICAL ATTENTION FORM**

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, METROPOLITAN CORRECTIONAL CENTER, METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

      The above-named defendant was remanded in lieu of bail at the time of his presentment before this Court on March 8, 2021. At that time, the following information which requires medical attention was disclosed

      Mr. Walker has a history of receiving mental health treatment, including medications to treat his mental health conditions. His attorney reported during the court appearance that Mr. Walker is not currently taking mental health medication. Mr. Walker's mental health condition should be evaluated as promptly as possible upon arrival at a correctional facility, and this evaluation should consider, among other things, whether Mr. Walker should be prescribed medication for any mental health condition.

Dated: March 9, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge